UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                    ) CASE NO. MJ 17-177
     Plaintiff, )
                                    )
     v. )
                                    ) DETENTION ORDER
MARK BAUTISTA SERRANO, )
                                    )
     Defendant. )
_____ )

<u>Offense charged</u>: Felon in Possession of a Firearm; Possession with Intent to Distribute Methamphetamine; Possession of a Firearm in Furtherance of a Drug Trafficking Crime

<u>Date of Detention Hearing</u>: September 8, 2017.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.    Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a citizen of the Philippines. He has lived in the U.S. for approximately 30 years, but his Green Card expired in 2015. He has been employed since 2006, with the exception as self-employment as a landscaper for the last four months. Defendant has a history of substance abuse and is alleged to have been selling methamphetamine out of his garage since 2010. During the search of his residence, a number of firearms were allegedly found. In 2008 defendant was convicted of shooting a .22 rifle out of his back door, and his residence has been the subject of numerous complaints from neighbors about the operation of a drug house.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>8th</u> day of September, 2017.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge